## 29229. CARTER v. RICKETTS.

DECIDED JANUARY 7, 1975.

*Byrd, Groover & Buford,* for appellant.
*Arthur K. Bolton, Attorney General,* for appellee.

## 29271. LONGINO v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Hill, J., not participating.*

DECIDED JANUARY 7, 1975.

Thomas E. Longino, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.